IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SALLY CERVANTES, | § § | |
| *Plaintiff*, | § § | SA-17-CV-441-RBF |
| vs. | § § § | |
| ACADIAN AMBULANCE SERVICE OF TEXAS, LLC D/B/A ACADIAN AMBULANCE SERVICE, | § § § § | |
| *Defendant*. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Stipulation of Dismissal [#14] filed by Plaintiff Sally Cervantes. In her stipulation, Plaintiff represents that she no longer desires to prosecute her claims against Defendant Acadian Ambulance Service of Texas, LLC d/b/a Acadian Ambulance Service ("Acadian") and seeks to voluntarily dismiss her claims against Acadian without prejudice. The stipulation has been signed by all parties who have appeared in this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed. The Clerk of the Court is directed to close this case.

It is **ORDERED**.

SIGNED this 13th day of October, 2017.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE